In the Matter of EDWARD FALVEY, Petitioner, against GEORGE P. HAYS et al., Constituting the Waterfront Commission of New York Harbor, Respondents.

Supreme Court, Special Term, New York County, April 7, 1954.

*Segal, Dorsman, Soffer & Segal* for petitioner.

*Lawrence E. Walsh, Whitman Knapp, Arthur Brooks* and *Joanne MacFarlane* for respondents.

WALTER, J. This motion to annul determination of Waterfront Commission of New York Harbor refusing petitioner's application for registration as a longshoreman is denied. The commission was created in consequence of shocking public disclosures respecting the prevalence of crime and criminals on the docks of New York harbor and as a means of correcting the conditions disclosed it was given discretionary power to refuse registration

of ex-convicts. Whether or not in achieving that objective the commission is following the most enlightened policy toward ex-convicts who have given evidence of rehabilitation is the responsibility of the commission and of the legislative and executive branches of the government, not of the courts.